IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN H. BARI and LESLIE S. BARI, H/W, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 15-2331 |
| ROBERT SAEID FARIVAR and FIROOZEH MOSTASHARI, H/W, | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, on March 26, 2018, after a bench trial and upon consideration of the parties' proposed findings of fact and conclusions of law, it is hereby **ORDERED** that judgment is entered in favor of Defendants Robert Saeid Farivar and Firoozeh Mostashari in accordance with my Findings of Fact and Conclusions of Law in the accompanying Memorandum Opinion.

The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE